FILED

OCT 05 2015

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-MJ-2039-RN

| | |
|---|---|
| IN THE MATTER OF A SEARCH WARRANT ) <br> LOCATED AT: ) <br> ) <br> FACEBOOK ACCOUNTS IN THE NAME ) <br> OF KENNETH, MORGAN STANCIL, III ) <br> (ken stancil 3) STORED AT ) <br> PREMISES CONTROLLED BY FACEBOOK ) | ORDER TO SEAL <br> APPLICATION AND AFFIDAVIT <br> FOR <u>SEARCH WARRANT</u> |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Search Warrant in the above-referenced matter, along with Attachment "A" and Attachment "B" to the Affidavit, the instant Motion to Seal and Order, be sealed by the Clerk from this date until further ordered by this Court, except that a certified copy of the same be provided to the Office of the United States Attorney and Special Agent Mark A. Gant.

This 5th day of October, 2015.

_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE