

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-2039-RN

IN THE MATTER OF THE SEARCH OF )
INFORMATION ASSOCIATED WITH )
FACEBOOK ACCOUNTS IN THE NAME )    **ORDER TO UNSEAL**
OF KENNETH MORGAN STANCIL, III,)
(KEN STANCIL 3) STORED AT )
PREMISES CONTROLLED BY FACEBOOK)

Upon motion of the government, the previously requested application, affidavit, and order authorizing the search warrant in the above captioned matter are hereby ORDERED unsealed.

SO ORDERED.

5 December 2016
DATE

JAMES E. GATES
United States Magistrate Judge